I cannot distinguish this case from Big Valley Home Center,Inc. v. Mullican, 774 So.2d 558, 562 (Ala. 2000), an opinion written by Justice Cook, in which I concurred. Big Valley is so similar to this case that I could not vote to affirm the order compelling arbitration in the case at issue without overrulingBig Valley or seeking to distinguish it. ProEquities, Inc., does not ask this Court to overrule Big Valley, nor does it attempt to distinguish it. In my opinion, Big Valley was correctly decided by this Court, and I cannot distinguish it from this case. ProEquities, Inc., substantially invoked the litigation process, to the prejudice of Frank and Iva Jean P. Hales, 774 So.2d at 562; therefore, the trial court erred in granting ProEquities' motion to compel arbitration.